# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER FRANCOIS | CIVIL ACTION |
| VERSUS | NO. 09-4505 |
| SGT. WILLIAM RIGDON, ET AL | SECTION "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 19, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Christopher Francois's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust his administrative remedies as required under the provisions of 42 U.S.C. §1997e(a).

New Orleans, Louisiana, this 9th day of December, 2009.

UNITED STATES DISTRICT JUDGE